IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT MCDONALD, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:18-cv-172-GMB |
| | ) | |
| ALBAMA HISTORICAL | ) | [wo] |
| COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This cause is before the court on a Joint Stipulation of Dismissal. Doc. 20. The parties have consented to the jurisdiction of a Magistrate Judge pursuant to 28 U.S.C. § 636(c). Doc. 13 & 14. In light of the joint stipulation, it is hereby ORDERED that this case is dismissed with prejudice.

Costs are taxed as paid.

DONE this 28th day of February, 2019.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE